**DIXIE MOTOR COACH CORPORATION, Appellant, v. AMERICAN FIDELITY & CASUALTY CO., Inc., Appellee.** *

No. 7416.

Circuit Court of Appeals, Fifth Circuit.
Feb. 15, 1935.

George S. Wright, of Dallas, Tex., for appellant.

Neth L. Leachman, of Dallas, Tex., for appellee.

Before FOSTER, SIBLEY, and HUTCHESON, Circuit Judges.

FOSTER, Circuit Judge.

Except as to the parties and the amounts involved, this case is in all respects similar to the case of Sunshine Bus Lines, Inc., v. American Fidelity & Casualty Co., Inc., (C. C. A.) 75 F.(2d) 426, decided this day. On the authority of that case, the judgment is affirmed.

*Rehearing denied March 27, 1935.